**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

SHANTRICE L. JONES

VERSUS

SOUTHERN UNIVERSITY, ET AL.

CIVIL ACTION

18-1034-SDD-EWD

## RULING

The Court has carefully considered the *Motions*[1] filed by Defendants, the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Erin Wilder-Doomes dated February 27 and March 3, 2020, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Dismiss for Failure to State a Claim*[4] filed by Terrilynn Gillis, Elaine Lewnau, Donna Fitzgerald-Dejean, Christy Wynn Moland is hereby GRANTED, and all Plaintiff's claims against Donna Fitzgerald-Dejean, Elaine Lewnau, Terrilynn Gillis, and Christy Wynn Moland are hereby DISMISSED WITH PREJUDICE.

**IT IS FURTHER ORDERED** that the *Motion to Dismiss*[5] filed by Care Plan Oversight, LLC d/b/a Sage Rehabilitation Hospital is hereby GRANTED, and Plaintiff's claims against Sage are hereby DISMISSED WITH PREJUDICE.

---

[1] Rec. Docs. 44 and 60.
[2] Rec. Docs. 95 and 96.
[3] Rec. Doc. 97.
[4] Rec. Doc. 60.
[5] Rec. Doc. 44.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Amelia Major be dismissed on the Court's own motion, pursuant to Local Civil Rule 41(b)(1)(A) and/or Local Civil Rule 41(b)(1)(B), with reinstatement of the claims against Major permitted upon a showing of good cause within thirty (30) days of the date of this Order. There is no service information in the record as to Major, nor has Major appeared.

**IT IS SO ORDERED** and *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana on March 23, 2020.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**